1

JS-6

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   JAMES ANTHONY LOAIZA,

Case No. LACV 16-5703-JWH (LAL)

12                              Petitioner,

**JUDGMENT**

13                    v.

14   RAYMOND MADDEN,[1] Warden,

15                              Respondent.

16

17

18

19

20

21

22

23

24

25

26   —————————————

27   1      According to the California Department of Corrections and Rehabilitation's
online inmate locator, Petitioner is now housed at the Richard J. Donovan
Correctional Facility.  Pursuant to Rule 25(d) of the Federal Rules of Civil

28   Procedure, this Court substitutes Raymond Madden, the current warden at the
Richard J. Donovan Correctional Facility, as the proper Respondent.



Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The First Amended Petition is **GRANTED**.

2. A conditional writ is **ISSUED**.

3. Respondent is **ORDERED** to release Petitioner from custody and to **DISCHARGE** him from all adverse consequences of his conviction in Los Angeles County Superior Court Case No. KA061553, unless Petitioner is brought to retrial within sixty (60) days of the date that this Judgment becomes final.

4. Respondent is **DIRECTED** to file and serve a notice of compliance within sixty (60) days of the date that this Judgment becomes final.

**IT IS SO ORDERED.**

DATED: March 10, 2022

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE